# United States District Court
# For The Western District of North Carolina
# Statesville Division

RONNIE SYLVIA,

        Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                 5:05CV13-3-MU

TOMMY MADDOX, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 7, 2007 Order.

                                                     Signed: August 7, 2007

                                                     Frank G. Johns, Clerk
                                                     United States District Court